Anthony Alexander Pittman, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Anthony Alexander Pittman appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Pittman v. United States Dist. Court*, No. CA–00–762–FO–5 (E.D.N.C. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Kenneth Ray Pack, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenneth Ray Pack seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny Pack's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *Pack v. Angelone*, No. CA–00–1559–AM (E.D. Va. filed Nov. 28, 2000; entered Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kenneth Ray PACK, Petitioner–Appellant,

v.

Ronald ANGELONE, Respondent–Appellee.

No. 01–6014.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Robert Lee HARRIS, a/k/a Peejack, Defendant–Appellant.

No. 01–6026.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.